UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>James Browne,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-00904<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## Agreed Order to Modify the Confirmed Plan

On motion of the Debtor to modify the confirmed plan (docket #22), due notice given, and the Court being advised, it is so ordered:

1. Section E.5(a) of the confirmed plan is amended to correct the dollar amount to $0.00; and
2. Section G is amended to provide that with respect to the real property Debtor shall (a) maintain the necessary hazard insurance (naming US Bank as additional loss payee); and (b) timely pay the real estate taxes on the real property, which US Bank holds a first lien mortgage, as scheduled in the Debtor's Schedule A/B; and
3. The total payoff to be realized by US Bank (or its successors or assigns) through the plan is the (judicial sale price) sum of $165,000 at 5% APR, with the total of said sum due on/before December 31, 2021 in a lump sum payment estimated to be $149,500; and
4. The plan does and shall provide for the monthly set mortgage payment in the amount of $875.00 payable to US Bank as a conduit payment from the Trustee's disbursements beginning effective as of the January 2018 trustee disbursement; and
5. In the event the Debtor shall default in plan payments by two (2) or more months, or default on those obligations set out in paragraph 2(a) and (b) above, US Bank (or its successors or assigns) may give written notice of said default to Debtor and file a notice of default with the Court; whereupon, if cure is not made within fourteen (14) days after receipt of notice by the Debtor; US Bank shall have relief from the automatic stay without further notice or order.

Enter:     J.Cox     *Jacqueline B. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 1/8/18

**Prepared by:**
Benjamin | Brand | LLP
1016 West Jackson Boulevard
Chicago, IL 60607
(312) 853-3100

Rev: 20170105_bko