UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-00904 |
| JAMES BROWNE, | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## Order Modifying Plan

On motion of Debtor to modify his confirmed plan, due notice given, the Court advised, and no objections raised, it is so ordered:

1.) The Debtor's plan is modified such that any existing default in plan payments is deferred to the end of the Debtor's plan; and

2.) That all other plan terms shall remain unchanged including the base amount; and

3.) The trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

*Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: NOV 22 2019

**Prepared by:**
Benjamin Brand LLP
1016 West Jackson Boulevard
Chicago, Illinois 60607
(312) 853-3100